# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC; CABLE VISION CCTV, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00663-JM-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Jeffrey T. Miller<br>Class Action<br><br>Complaint Filed:  April 3, 2018<br>Current Response Date: May 1, 2018<br>Proposed Response Date: June 12, 2018 |

Pursuant to the parties' Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Class Action Complaint and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion for Extension of Time is hereby GRANTED.

Defendants DirecTV, LLC and Cable Vision CCTV, Inc. shall respond to the Complaint no later than June 12, 2018.

IT IS SO ORDERED.

Dated: April 30, 2018

_____
Hon. Jeffrey T. Miller
United States District Court Judge

- 1 -

ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT
CASE NO. 3:18-CV-00663-JM-JMA